**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BUILDING
624 S GRAND AVENUE, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7600
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
…s.field@musickpeeler.com
Chad A. Westfall (State Bar No. 208968)
c.westfall@musickpeeler.com

Attorneys for Plaintiff,
NEW YORK MARINE AND
GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE NESS; CRIME DON'T PAY, INC.; BLACK KAT KUSTOMS<br><br>Defendants. | Case No. 2:20-cv-00765-KJM-AC<br><br>**STIPULATION TO FILE CORRECTED COMPLAINT AND EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff New York Marine and General Insurance Company and Defendants Mike Ness, Crime Don't Pay, Inc. and Black Kat Kustoms by and through their respective counsel of record, hereby stipulate as follow:

Whereas Plaintiff filed its Complaint For Declaratory Relief And Reimbursement [Document 1] on April 14, 2020;

Whereas Plaintiff served requests to waive service of summons on Defendants;

Whereas Defendants executed the waivers [Documents 6, 7 and 8];

Whereas Defendants' responses to the Complaint would be due on July 20, 2020;

Whereas Defendants requested and Plaintiff consented to an additional fourteen (14) days for Defendants to respond to the Complaint;

Whereas the additional time will not alter the date of any event or deadline already fixed by the Court order;

Whereas the parties became aware during the time Defendants were preparing their response to the Complaint that there are two typographical errors in paragraphs 9 and 10 on page 3 of Plaintiff's Complaint For Declaratory Relief And Reimbursement [Document 1];

Whereas Paragraph 9 states that the effective period for Commercial General Liability Policy No. PK201700009189 was December 4, 2018 to December 4, 2019 and it should have stated the effective dates of December 4, 2017 to December 4, 2018;

Whereas Paragraph 10 states that the effective period for Umbrella Liability Policy No. UM201700004877 was December 4, 2018 to December 4, 2019 and it should have stated the effective dates of December 4, 2017 to December 4, 2018;

Whereas the parties would like to avoid any confusion that might arise as to the operative pleading by filing a "corrected" version of the Complaint with its own docket entry rather than a notice of Errata that would be more easily overlooked in the future;

Whereas a corrected copy of Plaintiff's Complaint For Declaratory Relief And Reimbursement is attached hereto as **Exhibit A**; and

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

1. Plaintiff may file its "corrected" complaint, Exhibit A; and

2. Defendants have until August 3, 2020 to answer or otherwise respond to the Complaint.

DATED:  July 20, 2020					MUSICK, PEELER & GARRETT LLP


					By:  /s/ Susan J. Field
					     Susan J. Field
					     Chad A. Westfall
					     Attorneys for Plaintiff,
					     NEW YORK MARINE AND GENERAL
					     INSURANCE COMPANY

DATED:  July 20, 2020					FLESHER SCHAFF & SCHROEDER LLP


					By:  /S/ Jason W. Schaff
					     Jason W. Schaff
					     Attorneys for Defendants,
					     MIKE NESS; CRIME DON'T PAY, INC.; and
					     BLACK KAT KUSTOMS

---

IT IS ORDERED that:

1. Plaintiff may file its "amended" complaint, Exhibit A, within 5 days of the date of this order; and

2. Defendants have until August 3, 2020 to answer or otherwise respond to the amended complaint.

This order resolves ECF No. 9.

DATED:  July 24, 2020.

					[signature]
					CHIEF UNITED STATES DISTRICT JUDGE